# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00234-CV

**In re Jhakeem Chambers**

### ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus filed by Jhakeem Chambers is denied. *See* Tex. R.
App. P. 52.8 (a).

Jeff Rose, Justice

Before Justices Puryear, Pemberton, and Rose

Filed: April 19, 2013